UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                   :

NIMAYE ABHISHEK GARODIA,           :

                   :

         Plaintiff,        :

                   :

      -v-            :         26 Civ. 5239 (JPC)

                   :

MARKWAYNE MULLIN, *Secretary of the U.S.*  :        ORDER
*Department of Homeland Security*, *et al.*,  :

                   :

        Defendants.    :

                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 22, 2026, this case was transferred from the U.S. District Court for the District of Columbia. *See* Dkt. 6. In transferring the case, the Honorable Sparkle L. Sooknanan left "the decision to extend time to answer the Petition to the discretion of the transferee court." June 15, 2026 Minute Entry; *see* Dkt. 5 at 1 ("Defendants move to extend their time to otherwise respond to the Complaint until 30 days after this action is docketed in the Transferee District."). The Defendants shall answer or otherwise respond to the Petition by July 22, 2026.

    SO ORDERED.

Dated: June 30, 2026
      New York, New York

                                   JOHN P. CRONAN
                          United States District Judge