UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIMAYE ABHISKEK GARODIA,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Defendants. | No. 26 Civ. 5239 (JPC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon filing the accompanying memorandum of law, and all prior pleadings and proceedings herein, defendant Markwayne Mullin, by and through his attorney, James M. McDonald, United States Attorney for the Southern District of New York, will move this Court to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: August 21, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/ Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637- 2696
E-mail: erica.silverman@usdoj.gov
*Attorney for Defendants*

The Government's motion to dismiss is denied without prejudice for failure to follow Section 6.A of the undersigned's Individual Rules and Practices in Civil Cases. The Government shall file the letter in accordance with Section 6.A by August 27, 2026. The Clerk of Court is respectfully directed to close Docket Number 11.

SO ORDERED.
Date: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge